[No. 60677-8-I. Division One. December 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL V. GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04399-0, Linda Lau, J., entered September 10, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60813-4-I. Division One. December 22, 2008.]

DAVID A. KRAHN ET AL., *Appellants*, v. HUGH GLASSBURN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-11078-0, Steven C. Gonzalez, J., entered October 8, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60842-8-I. Division One. December 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00612-4, Laura Gene Middaugh, J., entered November 16, 2007. *Dismissed* by unpublished per curiam opinion.

[No. 61136-4-I. Division One. December 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. T.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-04457-8, Carol A. Schapira, J., entered January 18, 2008. *Affirmed* by unpublished per curiam opinion.